## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MARK EDWARD VANZANT
ADC # 137057                                                                                          PLAINTIFF

v.                          CASE NO. 5:11-cv-00020-JMM-JJV

DEANGELO M. EARL, Captain, Maximum
Security Unit, Arkansas Department of Correction                                   DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint (Doc. No.1) is DISMISSED without prejudice.

2. All pending motions are DENIED as moot.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 6th day of May, 2011.

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE