**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK EDWARD VANZANT
ADC # 137057                                                                                        PLAINTIFF

v.                              CASE NO. 5:11-cv-00020-JMM-JJV

DEANGELO M. EARL, Captain, Maximum
Security Unit, Arkansas Department of Correction                        DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 6th day of May, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE